Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Maximino Valdovino Espinoza, et al., <br><br> Defendant. | CASE NO. 1:10-cv-02081 OWW MJS <br><br> STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MAXIMINO VALDOVINO ESPINOZA, individually and d/b/a CORRAL CAFE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MAXIMINO VALDOVINO ESPINOZA, individually and d/b/a CORRAL CAFE, that the above-entitled action is hereby dismissed **with prejudice** against MAXIMINO VALDOVINO ESPINOZA, individually and d/b/a CORRAL CAFE.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///

///

///

**STIPULATION AND ORDER OF DISMISSAL**
**PAGE 1**

1 | Dated:  February 20, 2011        *s/ Thomas P. Riley*
2 |                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
3 |                                  By:  Thomas P. Riley
  |                                  Attorneys for Plaintiff
4 |                                  J & J SPORTS PRODUCTIONS, INC.
5 |
6 | Dated: March 25, 2011             *s/ Reynaldo C. Pulipo*
7 |                                  **LAW OFFICE OF REYNALDO C. PULIDO**
8 |                                  By:  Reynaldo C. Pulido
  |                                  Attorneys for Defendant
9 |                                  MAXIMINO VALDOVINO ESPINOZA,
10|                                  individually and d/b/a CORRAL CAFE

IT IS SO ORDERED.

   Dated:   **March 28, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL**
**PAGE 2**